Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001067
24-MAY-2012
11:47 AM

NO. CAAP-11-0001067

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HOLLYANN E. BEST, Claimant-Appellant, v.
KAISER FOUNDATION HEALTH PLAN, INC. and SEDGWICK CLAIMS
MANAGEMENT SERVICES, Employers-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-389(M) (7-09-00823))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on December 19, 2011, Claimant-Appellant Hollyanne E. Best
(Appellant) filed a notice of appeal, but she did not pay the
filing fee; (2) on April 10, 2012, the appellate clerk sent
Appellant a default notice that the filing fee was not paid and
that the record cannot be prepared and filed without payment of
the filing fee or an order allowing Appellant to proceed in forma

pauperis pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 24; (3) the default notice also indicated that the matter would be called to the attention of the court on April 20, 2012 for such action as the court deems proper pursuant to HRAP Rule 11(c)(2), including dismissal of the appeal; and (4) thereafter, Appellant did not pay the filing fee or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 24, 2012.

Presiding Judge

Associate Judge

Associate Judge